DOA
11-01-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Concepcion Cruz-Gordillo,<br>(A209 811 074)<br>*Defendant* | )<br>)<br>) Case No. 17-7543 mJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 1, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:   AUSA Brandon Brown for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*
Ian C. Pope
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: November 3, 2017

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state:   Phoenix, AZ

## ATTACHMENT A

### Count 1

On or about November 1, 2017, Concepcion Cruz-Gordillo, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 27, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about November 1, 2017, at or near Casa Grande, in the District of Arizona, Concepcion Cruz-Gordillo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 1, 2017, Border Patrol Agent Sifly encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Concepcion Cruz-Gordillo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Concepcion Cruz-Gordillo was transported to the Casa Grande Border Patrol Station for further processing. Concepcion Cruz-Gordillo was held in administrative custody until her identity could be confirmed along with her immigration and criminal history.

3. Immigration history checks revealed Concepcion Cruz-Gordillo, to be a citizen of Mexico and a previously deported alien. Concepcion Cruz-Gordillo was removed from the United States to Mexico through Nogales, Arizona, on or about October 27, 2017, pursuant to a removal order issued by an immigration official. There is no record of Concepcion Cruz-Gordillo in any Department of Homeland Security

database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Concepcion Cruz-Gordillo in any Department of Homeland Security database to suggest that after her last removal from the United States she entered the United States at an official Port of Entry. Had Concepcion Cruz-Gordillo presented herself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Concepcion Cruz-Gordillo entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Concepcion Cruz-Gordillo's immigration history was matched to her by electronic fingerprint comparison.

5. On November 2, 2017, Concepcion Cruz-Gordillo, was advised of her constitutional rights. Cruz-Gordillo freely and willingly acknowledged her rights and agreed to answer questions or provide a statement under oath. Concepcion Cruz-Gordillo stated that her true and correct name is Concepcion Cruz-Gordillo and that she is a citizen of Mexico. Concepcion Cruz-Gordillo stated that she entered the United States illegally by walking through the desert near Douglas, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 1, 2017, Concepcion Cruz-Gordillo, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 27, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about November 1, 2017, at or near Casa Grande, in the District of Arizona, Concepcion Cruz-Gordillo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Ian C. Pope
United States Border Patrol Agent

Sworn to and subscribed before me
this 3rd day of November, 2017.

_____
Bridget S. Bade
United States Magistrate Judge

4